IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM ROUSER,** | Case No. 2:21-cv-00233-TLN-JDP (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **KHRIPACH,** | |
| Defendant. | |

Good cause appearing, Defendant's First Request for Extension of Time to Respond to Plaintiff's Complaint is granted. Defendant's responsive pleading shall be due on or before June 16, 2022.

IT IS SO ORDERED.

Dated: \_\_\_May 3, 2022\_\_\_   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE