IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM ROUSER,** | Case No. 2:21-cv-00233-TLN-JDP |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **KHRIPACH,** | |
| Defendant. | |

Good cause appearing, Defendant's Second Request for Extension of Time to Respond to Plaintiff's Complaint by thirty days is granted. Defendant's responsive pleading shall be due on or before July 16, 2022.

IT IS SO ORDERED.

Dated:   June 23, 2022                              _____
                                                                    JEREMY D. PETERSON
                                                                    UNITED STATES MAGISTRATE JUDGE

1